IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANDOLPH MUSE, | : | : |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION NO. 02-1277 |
| | : | (Magistrate Judge Lisa Pupo Lenihan) |
| C.O. JOHN ZUZO and | : | |
| C.O. CHARLES ROSCO, | : | |

## ORDER

**AND NOW,** this 17th day of March, 2006, there being no opposition to the Motion, Plaintiff's Motion for Costs is **HEREBY GRANTED**. As counsel was representing an in forma pauperis and formerly pro se prisoner civil rights litigant, costs are to be paid from the pro hac vice fund established for this purpose. The clerk is directed to make payment to the Pennsylvania Institutional Law Project at the address of record in the amount of $1,609.65.

_____
Magistrate Judge Lisa Pupo Lenihan