IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANDOLPH MUSE, | ) | |
| | ) | Civil Action No.  02 - 1277 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Magistrate Judge Lisa Pupo Lenihan |
| | ) | |
| C.O. JOHN ZUZO and | ) | |
| C.O. CHARLES ROSCO | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The parties in this case reached a settlement before the Court on March 7, 2006. The only matters remaining to be completed are the payment of the settlement proceeds and the submission of a stipulation for dismissal under Fed.R.Civ.P. 41(a), which shall be filed within 10 days of  remittance of settlement proceeds. Therefore,

**IT IS ORDERED** this 31st day of March, 2006, that the Clerk mark the above-captioned case closed.

_____
Lisa Pupo Lenihan
United States Magistrate Judge

cc:     Margaret J. Fried
        Neighborhood Legal Services
        Association
        928 Penn Avenue
        Pittsburgh, PA 15222

Evalynn B. Welling
Community Justice Project
1705 Allegheny Building
Pittsburgh, PA 15219

J. Michael Klutch
Meyer, Darragh, Buckler,
Bebenek & Eck
600 Grant Street
US Steel Tower, Suite 4850
Pittsburgh, PA 15219